Concepcion A. Montoya
HINSHAW & CULBERTSON LLP
800 Third Avenue
13th Floor
New York, NY 10022
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
 *Attorneys for Defendants*
 *ASSET RECOVERY SOLUTIONS, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXIS PICCIOTTO, *on behalf of herself and all others similarly situated*,<br><br>     Plaintiff,<br><br>     -against-<br><br>ASSET RECOVERY SOLUTIONS, LLC and JOHN DOES 1-25,<br><br>     Defendants. | Docket No. 3:15-cv-00608 (MAS) (LHG)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff,

ALEXIS PICCIOTTO, and defendant ASSET RECOVERY SOLUTIONS, LLC, that the above-

entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against

any party.

1

131177504v1 0969523

2

Dated: New York, New York
         October 12, 2015

| **MARCUS ZELMAN, LLC** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| ALEXIS PICCIOTTO | ASSET RECOVERY SOLUTIONS, LLC |

By: *s/ Ari Marcus*                    By: *s/ Concepcion Montoya*

Ari H. Marcus, Esq.                    Concepcion A. Montoya, Esq.
Ari@MarcusZelman.com                   cmontoya@hinshawlaw.com
1500 Allaire Avenue – Suite 101        800 Third Avenue
Ocean, New Jersey 07712                13th Floor
Tel: 732-695-3282                      New York, NY 10022
Fax: 732-298-6256                      Tel: 212-471-6200
                                       Fax: 212-935-1166

2

131177504v1 0969523